UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MAURICE LIPSEY**                                                                                           **PLAINTIFF**

v.                                      CASE NO. 4:16-CV-00149-JLH

**SEECO, INC., n/k/a SWN PRODUCTION
(ARKANSAS) LLC, DESOTO GATHERING
COMPANY, LLC, and SOUTHWESTERN
MIDSTREAM SERVICES COMPANY**                                                **DEFENDANTS**

### DEFENDANTS' MOTION TO STAY DISCOVERY AND
### REQUEST FOR EXPEDITED CONSIDERATION

COME NOW Defendants SEECO, Inc.[1] ("SEECO"), DeSoto Gathering Company, LLC ("DeSoto"), and Southwestern Midstream Services Company[2] (collectively "Defendants"), by and through their undersigned counsel, and file this Motion to Stay Discovery and Request for Expedited Consideration.

1.     Defendants seek a brief stay of discovery to allow the Court to rule on summary judgment issues that Defendants believe will dispose of all claims in this case as a matter of law.

2.     This is a putative class action case involving allegations of underpaid natural gas royalties. A final scheduling order has not been entered and there are currently no deadlines in place.

3.     On August 30, 2016, Defendants filed a Motion for Summary Judgment as to all of Plaintiff Maurice Lipsey's claims. Defendants' Motion for Summary Judgment does not dispute any of the facts alleged in Plaintiff's Complaint. Rather, taking those allegations as true, the Motion establishes that Plaintiff's claims fail on purely legal grounds.

---

[1]     Now known as SWN Production (Arkansas), LLC.

[2]     Now known as SWN Midstream Services Company, LLC.

4. Due to overlapping issues between this case and *William and Margaret Smith v. SEECO, Inc., et al.*, No. 4:15-CV-00147-BSM, in the United States District Court for the Eastern District of Arkansas ("*Smith III*"), the parties agreed that depositions would be cross-noticed in both cases. The discovery deadline in *Smith III* was September 27, 2016, which caused three depositions of Defendants' witnesses to be scheduled the week of September 12, including SEECO's corporate representative who has been requested to testify on 26 topics under Rule 30(b)(6). In addition to the depositions set the week of September 12, Plaintiff has requested additional fact witness depositions as well as a Rule 30(b)(6) deposition of DeSoto on nine wide ranging topics. Defendants have already provided written responses to discovery from Plaintiff, including 44 interrogatories, 40 requests for production, and 22 requests for admissions.

5. The *Smith III* case has settled and the parties are no longer working under the deadlines in that case. Plaintiff will not be harmed by a brief pause in discovery to adjudicate Defendants' Motion for Summary Judgment. On the other hand, if discovery proceeds apace and the Motion is well taken, both parties (but especially Defendants) will have unnecessarily wasted substantial time and money.

6. For these reasons, as more fully addressed in Defendants' Brief in Support that is being filed concurrently herewith, the Court should exercise its discretion and stay discovery while it considers the legal issues that Defendants believe are fully dispositive of this case.

7. Given the depositions scheduled for the week of September 12, Defendants respectfully request that the Court consider this Motion to Stay Discovery on an expedited bases.

8. Pursuant to Local Rule 7.2(g), counsel for the parties have conferred in good faith with respect to the discovery stay requested by Defendants. As of the filing of this Motion, the parties have not been able to reach an agreement and require the intervention of the Court.

**WHEREFORE**, Defendants SEECO, Inc., DeSoto Gathering Company, LLC, and Southwestern Midstream Services Company respectfully request that the Court enter an order

staying all discovery in this action pending the Court's ruling on Defendants' Motion for Summary Judgment.

        Respectfully submitted,

        **ANDREWS KURTH LLP**

        */s/ Michael D. Morfey*
        Michael D. Morfey (TX Bar #24007704)
        michaelmorfey@andrewskurth.com
        Michele R. Blythe (TX Bar #24043557)
        micheleblythe@andrewskurth.com
        600 Travis, Suite 4200
        Houston, TX  77002
        Phone:  713-220-4163
        Facsimile:  713-238-7259

        -AND-

        **PPGMR LAW, PLLC**
        G. Alan Perkins (AR Bar #91115)
        Alan@ppgmrlaw.com
        Jeffrey M. Swann (AR Bar #2011169)
        Jeff@ppgmrlaw.com
        P.O. Box 251618
        Little Rock, AR  72225-1618
        Phone:  501-603-9000
        Facsimile:  501-603-0556

        **ATTORNEYS FOR SEECO, INC., DESOTO GATHERING COMPANY, LLC, AND SOUTHWESTERN MIDSTREAM SERVICES COMPANY**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas by using the CM/ECF system and that service will be accomplished by the CM/ECF system to the following:

> E. Dion Wilson
> edionwilson@gmail.com
> WILSON LAW FIRM, PA.
> 423 Rightor St.
> Helena, AR  72342
>
> Timothy R. Holton
> tholton@holtonlaw.com
> John R. Holton
> jholton@holtonlaw.com
> HOLTON LAW FIRM, PLLC
> 296 Washington Avenue
> Memphis, TN  38103
>
> Michael P. McGartland
> mike@mcgartland.com
> MCGARTLAND LAW FIRM, PLLC
> 1300 South University Drive, Suite 500
> Fort Worth, TX  76107

                          */s/ Michael D. Morfey*
                          Michael D. Morfey

HOU:3716266.1